IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RAMONA ROGERS,                                2:17-cv-00027-SU

    Plaintiff,                           OPINION AND ORDER

v.

NYSSA SCHOOL DISTRICT 26, and
JANINE WEEKS, an individual,

    Defendants.

**BROWN, Judge.**

    Magistrate Judge Patricia Sullivan issued Findings and Recommendation (#8) on April 5, 2017, in which she recommends this Court grant Plaintiff's Motion (#4) to Remand this matter to Oregon state court and deny Plaintiff's request for costs and attorneys' fees. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its

1 - OPINION AND ORDER

obligation to review the record *de novo*. See *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). See also *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Sullivan's Findings and Recommendation (#8). Accordingly, the Court **GRANTS** Plaintiff's Motion (#4) to Remand to Oregon state court and **DENIES** Plaintiff's request for costs and attorneys' fees.

IT IS SO ORDERED.

DATED this 21st day of April, 2017.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge